# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5272**         **September Term, 2022**

**1:21-cv-01430-TSC**

**Filed On:** January 3, 2023

Lorraine Bond,

      Appellant

      v.

Office of the Attorney General, of the United
States, et al.,

      Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Walker and Childs, Circuit Judges, and Sentelle, Senior Circuit
Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by the appellant, which the court
construes as including a request for initial hearing en banc. <u>See</u> Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED** that the request for initial hearing en banc be denied. <u>See</u> Fed. R.
App. P. 35(a). It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order filed
September 22, 2022 be affirmed. Appellant has not shown that she served any of the
defendants and has not shown good cause for failing to do so. <u>See</u> <u>Morrissey v.
Mayorkas</u>, 17 F.4th 1150, 1157-58 (D.C. Cir. 2021). Accordingly, the district court did
not abuse its discretion in dismissing appellant's case. <u>See</u> Fed. R. Civ. P. 4(m).

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5272**                    **September Term, 2022**


Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

## Per Curiam


**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
         Daniel J. Reidy
         Deputy Clerk